NO. 07-04-0398-CR
NO. 07-04-0399-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

MAY 13, 2005
_____

TAMMIE SCHULENBERG,

Appellant

v.

THE STATE OF TEXAS,

Appellee
_____

FROM THE 114TH DISTRICT COURT OF SMITH COUNTY;

NOS. 241-0612-02 AND 241-0613-02; HON. CYNTHIA KENT, PRESIDING
_____

*DISMISSAL*
_____

Before QUINN, REAVIS and CAMPBELL, JJ.

Appellant, Tammie Schulenberg, appeals from orders revoking her community supervision and sentencing her to imprisonment, such orders being entered in cause numbers 241-0612-02 and 241-0613-02. The certifications of appeal executed by the trial court do not disclose that she has a right to appeal from either order; rather they state that she waived same. By letter dated April 25, 2005, this court notified appellant of these circumstances and that the appeals were subject to dismissal. The court also requested

that she either supply it with an amended certification illustrating that she has a right to appeal from the orders or inform us why we should continue the appeals. This was to be done by May 10, 2005. That deadline lapsed and we received neither a response nor amended certifications. Thus, we dismiss these appeals. *See* TEX. R. APP. P. 25.2(d) (requiring that the appeal be dismissed if a certification that shows that the defendant has a right to appeal has not been made part of the record).

Accordingly, these appeals are dismissed.

Brian Quinn
Justice

Do not publish.